United States District Court

For the Northern District of California

1

2

3

4

5

6         IN THE UNITED STATES DISTRICT COURT

7

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MAGDALINA KALINCHEVA,

10              Plaintiff,                         No. C 13-03294 JSW

11       v.                                        *SUA SPONTE REFERRAL* ORDER
                                                   **AND ORDER VACATING CASE**
12   JESSE NEUBARTH,                               **MANAGEMENT CONFERENCE**

13              Defendant.
                                              /
14

15       Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court *sua sponte*

16   refers this matter to the Honorable Susan Illston for purposes of determining whether this matter

17   is related to *Kalincheva v. Neubarth*, 13-CV-3212-SI.  The Court VACATES the case

18   management conference scheduled for November 8, 2013, pending a ruling from Judge Illston

19   on whether these matters are related.

20       **IT IS SO ORDERED.**

21   Dated:  August 9, 2013                    _____

22                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAGDALINA KALINCHEVA,

          Plaintiff,

  v.

JESSE NEUBARTH et al,

          Defendant.

                                 /

Case Number: CV13-03294 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magdalina Kalincheva
543 W Vine Street
Stockton, CA 95203

Dated: August 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk