**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAGDALINA KALINCHEVA,

    Plaintiff,

    v.

JESSE NEUBARTH,

    Defendant.
_____/

No. C 13-03294 JSW

***SUA SPONTE REFERRAL* ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE**

Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court *sua sponte* refers this matter to the Honorable Susan Illston for purposes of determining whether this matter is related to *Kalincheva v. Neubarth*, 13-CV-3212-SI. The Court VACATES the case management conference scheduled for November 8, 2013, pending a ruling from Judge Illston on whether these matters are related.

**IT IS SO ORDERED.**

Dated: August 9, 2013

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAGDALINA KALINCHEVA,

    Plaintiff,

  v.

JESSE NEUBARTH et al,

    Defendant.

Case Number: CV13-03294 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magdalina Kalincheva
543 W Vine Street
Stockton, CA 95203

Dated: August 9, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk